JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNION GAS LLC, et al.,<br><br>        Defendants. | Case No. 2:21-cv-04774-VAP-PDx<br><br>**ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement.  All pending dates are hereby vacated.

Dated:  February 22, 2022

_____
VIRGINIA A. PHILLIPS
United States District Judge